Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−22351−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Loretta R Kochel
   83 Illinois Ave
   Waretown, NJ 08758−2428

Social Security No.:
   xxx−xx−3861

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                8/21/19
Time:               10:00 AM
Location:           Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 15, 2019
JAN: mrg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

```
                      United States Bankruptcy Court
                           District of New Jersey

In re:                                                       Case No. 19-22351-CMG
Loretta R Kochel                                             Chapter 13
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2            Date Rcvd: Jul 15, 2019
                              Form ID: 132                 Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             Loretta R Kochel,    83 Illinois Ave,    Waretown, NJ 08758-2428
518313950      AR Resources, Inc.-Barron ER Physicians,    ATTN: Bankruptcy,    PO Box 1056,
                 Blue Bell, PA 19422-0287
518313954      Citibank North America- WAWA,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO 63179-0034
518313955     +Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4927
518313956      Direct TV,    Credence Resource Management LLC,    PO Box 1253,    Southgate, MI 48195-0253
518313958      Mensching & Lucarini, PC,    1200 Hooper Ave Bldg A,    Toms River, NJ 08753-3594
518313959      Midland Funding-CitiBank-Home Depot,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518313960      New Jersey E-ZPass- RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
518313964      Pressler Felt & Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
518313965      Quicken Loans,    662 Woodward Ave,    Detroit, MI 48226-3433
518313966      Southern Ocean County Hospital,    PO Box 3129,    Secaucus, NJ 07096-3129
518313970      Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518313949      E-mail/Text: mtamsett@adminrecovery.com Jul 15 2019 23:57:00     Admin Recovery LLC,
                 45 Earhart Dr Ste 102,    Williamsville, NY 14221-7809
518313952     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2019 23:51:20      Capital One,
                 PO Box 6492,   Carol Stream, IL 60197-6492
518313951      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2019 23:50:36      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518334165     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2019 00:02:50
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518313953      E-mail/Text: bankruptcy@certifiedcollection.com Jul 15 2019 23:56:31
                 Certified Credit & Collection,    PO Box 336,    Raritan, NJ 08869-0336
518324885      E-mail/Text: mrdiscen@discover.com Jul 15 2019 23:55:55     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518313957      E-mail/Text: mrdiscen@discover.com Jul 15 2019 23:55:55     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
518313961      E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jul 15 2019 23:57:09      Ocean Medical Center,
                 PO Box 417140,    Boston, MA 02241-7140
518340485     +E-mail/PDF: cbp@onemainfinancial.com Jul 15 2019 23:50:26     OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
518313962      E-mail/PDF: cbp@onemainfinancial.com Jul 15 2019 23:50:25     OneMain Financial,
                 1350 Hooper Ave Ste 4-A,    Toms River, NJ 08753-2980
518313963      E-mail/PDF: cbp@onemainfinancial.com Jul 15 2019 23:51:07     Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN 47708-1013
518343285     +E-mail/Text: bankruptcyteam@quickenloans.com Jul 15 2019 23:56:57      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
518313967      E-mail/Text: bankruptcy@sw-credit.com Jul 15 2019 23:56:41
                 Southwest Credit Systems- Comcast,    4120 International Pkwy Ste 1100,
                 Carrollton, TX 75007-1958
518315304     +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 23:51:09     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518313968      E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 23:50:27     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
518313969      E-mail/Text: bankruptcy@td.com Jul 15 2019 23:56:43     Td Bank, N.A.,    32 Chestnut St,
                 Lewiston, ME 04240-7744
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                   Page 2 of 2                  Date Rcvd: Jul 15, 2019
                              Form ID: 132                  Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Marc C Capone     on behalf of Debtor Loretta R Kochel 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc.. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```