Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19−22351−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Loretta R Kochel
   83 Illinois Ave
   Waretown, NJ 08758−2428

Social Security No.:
   xxx−xx−3861

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     11/20/19
Time:    12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
fee: $4131.25

EXPENSES
$343.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 17, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

Case 19-22351-CMG    Doc 24    Filed 10/19/19    Entered 10/21/19 01:02:43    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-22351-CMG
Loretta R Kochel                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 17, 2019
                              Form ID: 137             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
```
db            Loretta R Kochel,    83 Illinois Ave,    Waretown, NJ 08758-2428
518313950     AR Resources, Inc.-Barron ER Physicians,    ATTN: Bankruptcy,    PO Box 1056,
              Blue Bell, PA 19422-0287
518313954     Citibank North America- WAWA,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
              Saint Louis, MO 63179-0034
518313955    +Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4927
518313956     Direct TV,   Credence Resource Management LLC,    PO Box 1253,    Southgate, MI 48195-0253
518313958     Mensching & Lucarini, PC,    1200 Hooper Ave Bldg A,    Toms River, NJ 08753-3594
518313959     Midland Funding-CitiBank-Home Depot,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518313960     New Jersey E-ZPass- RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
518431774    +Ocean Medical Center,    CCCB,    POB 1750,    Whitehouse Sta, NJ 08889-1750
518354748     Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
              IRVING, TX 75014-1419
518313964     Pressler Felt & Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
518313965     Quicken Loans,    662 Woodward Ave,    Detroit, MI 48226-3433
518431789    +Southern Ocean City Hospital,    CCCB,    POB 1750,    Whitehouse Sta, NJ 08889-1750
518313966     Southern Ocean County Hospital,    PO Box 3129,    Secaucus, NJ 07096-3129
518413988    +TD Bank, N.A.,    c/o Janelly Landa, Esq.,    30 Montgomery Street, Suite 1205,
              Jersey City, NJ 07302-3835
518411042    +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
518406800     Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
518419125    +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
518313970     Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:39     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:37     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518386876     E-mail/Text: Bankruptcy@absoluteresolutions.com Oct 18 2019 01:15:11
              Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
              8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
518313949     E-mail/Text: mtamsett@adminrecovery.com Oct 18 2019 01:17:00     Admin Recovery LLC,
              45 Earhart Dr Ste 102,    Williamsville, NY 14221-7809
518427586    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 01:37:29
              Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
518313952    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:22:56     Capital One,
              PO Box 6492,    Carol Stream, IL 60197-6492
518313951     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:24:13     Capital One,
              Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518334165    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2019 01:22:02
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518313953     E-mail/Text: bankruptcy@certifiedcollection.com Oct 18 2019 01:16:26
              Certified Credit & Collection,    PO Box 336,    Raritan, NJ 08869-0336
518313955    +E-mail/Text: convergent@ebn.phinsolutions.com Oct 18 2019 01:17:00     Convergent Outsourcing,
              800 SW 39th St,    Renton, WA 98057-4927
518418840    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2019 01:22:02     Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518324885     E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518313957     E-mail/Text: mrdiscen@discover.com Oct 18 2019 01:15:43     Discover Financial,    PO Box 3025,
              New Albany, OH 43054-3025
518395520    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2019 01:16:36     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
518313961     E-mail/Text: OMCbankruptcy@hackensackmeridian.org Oct 18 2019 01:17:10     Ocean Medical Center,
              PO Box 417140,    Boston, MA 02241-7140
518340485    +E-mail/PDF: cbp@onemainfinancial.com Oct 18 2019 01:21:29     OneMain,    PO Box 3251,
              Evansville, IN 47731-3251
518313962     E-mail/PDF: cbp@onemainfinancial.com Oct 18 2019 01:21:29     OneMain Financial,
              1350 Hooper Ave Ste 4-A,    Toms River, NJ 08753-2980
518313963     E-mail/PDF: cbp@onemainfinancial.com Oct 18 2019 01:23:13     Onemain Financial,
              Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN 47708-1013
518343285    +E-mail/Text: bankruptcyteam@quickenloans.com Oct 18 2019 01:16:58     Quicken Loans Inc.,
              635 Woodward Avenue,    Detroit, MI 48226-3408
518313967     E-mail/Text: bankruptcy@sw-credit.com Oct 18 2019 01:16:39
              Southwest Credit Systems- Comcast,    4120 International Pkwy Ste 1100,
              Carrollton, TX 75007-1958
518315304    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:22:52     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518435714    +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:21:43     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Oct 17, 2019
                              Form ID: 137                Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518313968        E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:21:43      Synchrony Bank/Walmart,
                  Attn: Bankruptcy Dept,    PO Box 965060,   Orlando, FL  32896-5060
518313969        E-mail/Text: bankruptcy@td.com Oct 18 2019 01:16:41      Td Bank, N.A.,    32 Chestnut St,
                  Lewiston, ME  04240-7744
                                                                                             TOTAL: 24

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc.. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Loretta R Kochel 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc.. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```