| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br> Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | Order Filed on November 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Loretta Kochel | Case No.:   19-22351<br>Chapter:    13<br><br>Judge:    Christine Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 21, 2019**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of **$4,131.25** for services rendered and expenses in the amount of for a total of $__343.00__ **$ 4,474.25**_____. The allowance is payable:

  ☒  $ **1,924.25**   through the Chapter 13 plan as an administrative priority.

  ☒  $ **2,550.00**   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____per month for ___months to allow for payment of the above fee.

*rev.8/1/15*

2